Case 2:18-cv-00414   Document 1-2   Filed on 11/09/18 in TXSD   Page 1 of 1

Skip to Main Content Logout My Account Search Menu New Civil & Family Search Refine Search  Back           Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 2018CCV-61616-3

| | | |
|---|---|---|
| Sandpiper Condominium Council of Co-Owners, Inc. vs. Lexington Insurance Company | § § § § § | Case Type: **Civil Case - Other**<br>Date Filed: **09/06/2018**<br>Location: **CCAL3** |

---

### PARTY INFORMATION

|  |  |  | Attorneys |
|---|---|---|---|
| **Defendant** | Lexington Insurance Company | | |
| **Plaintiff** | Sandpiper Condominium Council of Co-Owners, Inc. | | William J. Chriss<br>*Retained*<br>512-420-2378(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 09/06/2018 | **Original Petition (OCA)** |
| 09/06/2018 | **Civil Case Information Sheet** |
| 09/06/2018 | **Original Petition Documents E-filed** |
| | *Plaintiff's Original Petition and Requests for Disclosure* |
| 09/06/2018 | **Jury Fee Paid** |
| 10/10/2018 | **Amended Petition** |
| | *Plaintiff's First Amended Petition And Requests For Disclosure* |
| 10/10/2018 | **Service Request Information Sheet** |
| | *Service Requested* |
| 10/18/2018 | **Citation - Commissioner of Insurance** |

|   | Lexington Insurance Company | Served | 10/22/2018 |
|---|---|---|---|
|   |   | Response Due | 12/10/2018 |
|   |   | Returned | 10/25/2018 |

---

### FINANCIAL INFORMATION

**Plaintiff** Sandpiper Condominium Council of Co-Owners, Inc.
Total Financial Assessment                                                                                                              435.00
Total Payments and Credits                                                                                                               435.00
**Balance Due as of 11/09/2018**                                                                                                       **0.00**

| | | | | |
|---|---|---|---|---|
| 09/07/2018 | Transaction Assessment | | | 301.00 |
| 09/07/2018 | E-file Payment | Receipt # 2018-14362-DCCLK | Sandpiper Condominium Council of Co-Owners, Inc. | (301.00) |
| 10/11/2018 | Transaction Assessment | | | 134.00 |
| 10/11/2018 | E-file Payment | Receipt # 2018-16207-DCCLK | Sandpiper Condominium Council of Co-Owners, Inc. | (134.00) |