UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:18-cv-00414 |
|---|---|---|---|

| Sandpiper Condominium Council of Co-Owners, Inc. |
|---|
| *versus* |
| Lexington Insurance Company |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Wayne R. Glaubinger<br>Mound Cotton Wollan & Greengrass<br>One New York Plaza<br>New York, NY 10004<br>(212) 804-4262, JDennis@Moundcotton.com<br>New York (1933696)<br>SDNY (JWG0454) |
|---|---|

| Name of party applicant seeks to appear for: | Lexington Insurance Company |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/12/2018 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: See attached certificate of good standing |
|---|
| Dated:          Clerk's signature |

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                          United States District Judge

## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## WAYNE RUSSELL GLAUBINGER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on June 18, 1984, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

October 2, 2018

8103

Clerk of the Court