# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Sandpiper Condominium Council of
Co−Owners, Inc.

v.                                          Case Number: 2:18−cv−00414

Lexington Insurance Company

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Nelva Gonzales Ramos**

**PLACE:**
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

**DATE:** 2/8/2019

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   February 1, 2019                                          David J. Bradley, Clerk