UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:18-cv-00414 |
|---|---|---|---|

| Sandpiper Condominium Council of Co-Owners, Inc. |
|---|
| *versus* |
| Lexington Insurance Company |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Samuel Weiss<br>Mound Cotton Wollan & Greengrass, LLP<br>One New York Plaza<br>New York, NY 10004<br>(212) 804-4528, sweiss@moundcotton.com<br>New York (5650601)<br>SDNY (5650601) |
|---|---|

| Name of party applicant seeks to appear for: | Lexington Insurance Company |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____   No __✓__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/13/2019 | Signed: _____ |
|---|---|

| The state bar reports that the applicant's status is: See attached certificate of good standing |
|---|
| Dated:    Clerk's signature |

**Order**    This lawyer is admitted *pro hac vice*.

Dated: _____    _____
    United States District Judge



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

---

**I, Aprilanne Agostino,** Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Samuel Weiss** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 12th day of December 2018, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on February 13, 2019.

_Aprilanne Agostino_
Clerk of the Court