UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 14, 2019
David J. Bradley, Clerk

## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:18-cv-00414 |
|---|---|---|---|

| Sandpiper Condominium Council of Co-Owners, Inc. |
|---|
| *versus* |
| Lexington Insurance Company |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Samuel Weiss<br>Mound Cotton Wollan & Greengrass, LLP<br>One New York Plaza<br>New York, NY 10004<br>(212) 804-4528, sweiss@moundcotton.com<br>New York (5650601)<br>SDNY (5650601) |
|---|---|

| Name of party applicant seeks to appear for: | Lexington Insurance Company |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/13/2019 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: See attached certificate of good standing |
|---|
| Dated: 2/13/19   Currently Registered – Bc Gready Cong   Clerk's signature |

| **Order** |
|---|
| Dated: 2/14/19 |

This lawyer is admitted *pro hac vice*.

United States District Judge