# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20190214-49

Samuel Weiss
One New York Piaza
New York, NY 1004

*United States Courts*
*Southern District of Texas*
*FILED*
*FEB 25 2019*
*David J. Bradley, Clerk of Court*

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, February 14, 2019
Case Number: 2:18-cv-00414
Document Number: 21 (1 page)
Notice Number: 20190214-49
Notice: The attached order has been entered.

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.50°
02 1W
0001374615 FEB 15 2019

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

FEB 25 2019

David J. Bradley, Clerk of Court

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 77208101010 *1365-04059-15-46