IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE | § § § | |
| SANDPIPER CONDOMINIUM COUNCIL OF CO-OWNERS, INC. | § § § | CIVIL ACTION NO. 2:18-CV-00414 |
| V. | § § § | |
| LEXINGTON INSURANCE COMPANY | § § § | |

### PROTECTIVE ORDER REGARDING BORDEN INSURANCE
(This Order Resolves Docket # _____)

Came on to be considered the Motion of Borden Insurance for Protective Order. The court, having reviewed the Motion, and other documents on file, finds that said Motion is well founded, and an Order for Protection should issue.

The court further finds that Borden Insurance is subject to Subpoena issued by Defendant to appear for Deposition by Written Questions and to Produce Documents.

The court further finds that Plaintiff has asserted a claim of privilege and protection under Rules 26(b) and 45(e) of the Fed. R. Civ. P. requesting that such documents not be produced.

The court further finds that Borden Insurance is an innocent stakeholder in this case and entitled to protection.

It is, therefore, ORDERED that Borden Insurance shall tender to the court the documents responsive to the Request for Production served on Borden Insurance.

It is further ORDERED that upon such tender of documents to the court, Borden Insurance shall be free of any further obligation under the Subpoena issued by Defendant and/or the claim of privilege and protection asserted by Plaintiff.

DATED: _____

_____
United States District Judge

SUBMITTED BY:

_____
Peter E. Avots
Federal I.D. No. 11424
State Bar No. 01456450
WOOD, BOYKIN & WOLTER
A Professional Corporation
615 North Upper Broadway, Suite 1100
Corpus Christi, Texas 78401-0748
361-888-9201
361-888-8353 (facsimile)
pea@wbwpc.com
ATTORNEY FOR BORDEN INSURANCE