**UNITED STATES POSTAL SERVICE**

2:18cv414

United States Courts
Southern District of Texas
FILED
JUN 28 2019
David J. Bradley, Clerk of Court

Date Produced: 06/18/2019

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8384 2291 05. Our records indicate that this item was delivered on 06/10/2019 at 02:44 p.m. in BOSTON, MA 02110. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use. This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

LEXINGTON INSURANCE COMPANY
DAVID H MCELROY PRESIDENT
99 HIGH STREET FL 23
BOSTON MA 02110-2378

Customer Reference Number: C1418575.7950350
Return Reference Number: Cause No. 2:18-CV-00414

# TEXAS DEPARTMENT OF INSURANCE



**THIS IS TO CERTIFY THAT**

On June 3, 2019, the Commissioner of Insurance of the State of Texas, pursuant to TEX. INS. CODE ANN., Chapter 804, received a summons and Plaintiff's Third Amended Complaint for services on Lexington Insurance Company; in Cause No. 2:18-CV-00414 styled *Sandpiper Condominium Council of Owners, Inc. a/k/a Sandpiper Condominium Council of Co-Owners, Inc. vs. Lexington Insurance Company*; in the United States District Court for the Southern District of Texas, Corpus Christi Division.

**THIS IS TO FURTHER CERTIFY THAT** on June 5, 2019, the above captioned documents were forwarded to David H. McElroy, President, Lexington Insurance Company, 99 High Street, Fl 23, Boston, MA 02110-2378 by certified mail. Our records indicate that USPS Certified Mail No. 9214 8901 9403 8384 2291 05 was delivered on June 10, 2019.

IN TESTIMONY WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE AT AUSTIN, TEXAS,

THIS 24TH DAY OF JUNE, 2019

KENT C. SULLIVAN
COMMISSIONER OF INSURANCE



BY _____
JAMES PERSON, INTERIM GENERAL COUNSEL
GENERAL COUNSEL DIVISION



**Texas Department of Insurance**

PO Box 149104 | Austin, TX 78714 | 1-800-578-4677 | tdi.texas.gov

June 25, 2019

William J. Chriss
The Snapka Law Firm
606 N Carancahua Ste 1511
PO Box 23017
Corpus Christi TX 78403

RE:   Cause No. 2:18-CV-00414 styled *Sandpiper Condominium Council of Owners, Inc. a/k/a Sandpiper Condominium Council of Co-Owners, Inc. vs. Lexington Insurance Company*; in the United States District Court for the Southern District of Texas, Corpus Christi Division

Greetings:

Enclosed please find a certificate of service and copy of the USPS delivery receipt regarding the above captioned case.

If you have any questions or need further assistance, please contact our office at the number listed below.

Sincerely,

*Tish Wilhelm*

Tish Wilhelm
General Counsel Division
(512) 676-6543

Enclosures

cc:   United States District Court for the Southern District of Texas
      Corpus Christi Division

TEXAS DEPARTMENT OF INSURANCE
333 GUADALUPE ST | AUSTIN TX 78701
PO BOX 149104 | AUSTIN TX 78714-9104

MC 112-2A
RETURN SERVICE REQUESTED

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE



neopost
06/26/2019
US POSTAGE $000.41
FIRST-CLASS MAIL
AUTO
ZIP 78701
041M1252405

DAVID J BRADLEY
CLERK OF COURT
1133 N SHORELINE BLVD
CORPUS CHRISTI TX 78401

47 ENJ-NAB 78401

JUN 28 2019