UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SANDPIPER CONDOMINIUM COUNCIL OF OWNERS, INC., | § § § | |
| Plaintiff | § § § | Hon. Nelva Gonzalez Ramos |
| v. | § § | Civil Action No.: 2:18-CV-0414 |
| LEXINGTON INSURANCE COMPANY, | § § § | |
| Defendant | § § | |

## NOTICE OF INTENTION TO FILE REPLY BY
## LEXINGTON INSURANCE COMPANY

In accordance with the Court's Individual Rule 11(f), Lexington Insurance

Company hereby files a Notice of Intention to File a Reply to Plaintiff's Response to

Lexington's Motion to Compel, ECF No. 52.

Lexington anticipates filing its reply no later than Friday, July 26, 2019.

Respectfully submitted,

By:_/s/ *Raymond Gregory*_____
  Raymond L. Gregory II
  Attorney-in-Charge
  S.D. Texas Bar No. 12879
  State Bar No. 08438275
  rlg2@egglestonbriscoe.com

EGGLESTON & BRISCOE LLP
333 Clay Street, Suite 4800
Houston, Texas 77002
Tel: (713) 659-5100
Fax: (713) 951-9920

Wayne R. Glaubinger
Admitted *Pro Hac Vice*
James M. Dennis
Admitted *Pro Hac Vice*

MOUND COTTON WOLLAN &
GREENGRASS LLP
One New York Plaza
New York, NY 10004
212-804-4263

ATTORNEYS FOR LEXINGTON
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on July 23, 2019.

William J. Chriss
The Snapka Law Firm
606 N. Carancahua, Suite 1511
P.O. Box 23017
Corpus Christi, Texas 78403
(361) 884-8545 - Fax

/s/ *Raymond Gregory*_____
Raymond L. Gregory II