# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **SANDPIPER CONDOMINIUM COUNCIL OF OWNERS, INC.** | § § § | |
| **Plaintiff,** | § § § | |
| **v.** | § § | **CIVIL ACTION NO.  2:18-CV-00414** |
| **LEXINGTON INSURANCE COMPANY** | § § § | |
| **Defendants.** | § § § § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

CAME ON TO BE HEARD Plaintiff's Motion to Compel, and the Court having considered such motion and any evidence submitted in connection therewith, the Court finds the motion well taken. Plaintiff's Motion to Compel discovery of reserve and reinsurance information is HEREBY GRANTED and Defendant is ordered to produce the subject documents (generated prior to _____) or (regardless of when created) in unredacted form within thirty days of this order.

Signed and entered this _____ day of _____, 2019.


_____
Judge Presiding

1