United States District Court
Southern District of Texas
**ENTERED**
October 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SANDPIPER CONDOMINIUM COUNCIL OF OWNERS, INC., *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-00414 |
| | § | |
| LEXINGTON INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal with Prejudice (D.E. 101), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 13th day of October, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE